```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                        Case No. 07-cr-20-PB

**Lacey Grendell**


**O R D E R**


The defendant, through counsel, has moved to continue the May 1, 2007 trial in the above case, citing the need for additional time for defendant to complete a drug and alcohol program she is currently enrolled in and to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to August 21, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendant in a speedy trial.

The April 18, 2007 final pretrial conference is continued to July 23, 2007 at 3:30 p.m.

SO ORDERED.

           /s/Paul Barbadoro
           Paul Barbadoro
           United States District Judge

April 17, 2007

cc: John Pendleton, Esq.
    Peter Papps, Esq.
    United States Probation
    United States Marshal