```
               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 07-cr-20-PB

**Lacey Grendell**


**O R D E R**

The defendant, through counsel, has moved to continue the August 21, 2007 trial in the above case, citing the need for additional time to engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2007 to November 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The July 23, 2007 final pretrial conference is continued to October 25, 2007 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 18, 2007

cc: John Pendelton, Esq.
Peter Papps, AUSA
United States Probation
United States Marshal